STATE OF CONNECTICUT *v.* MALIK NELSON

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 699 (AC 16838), is denied.

*Richard E. Condon, Jr.*, deputy assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided March 30, 1999

STATE OF CONNECTICUT *v.* SAMUEL MCMILLAN

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 676 (AC 16731), is denied.

*Richard E. Condon, Jr.*, deputy assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided March 30, 1999